# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. **5:08-cv-102-DF** |
| vs. | § | |
| | § | **Jury Trial Demanded** |
| VLINGO CORP, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## AGREED DOCKET CONTROL ORDER

In accordance with the case status conference held herein on the 2nd day of October, 2008, it is hereby **ORDERED** that the following schedule of remaining deadlines is in effect until further order of the Court:

| Step | Action | Rule | Deadline |
|---|---|---|---|
| 7 | Patentee limits asserted claims to no more than ten (10), and informs accused infringer and Court | | August 18, 2009 |
| 8 | Exchange of Proposed Terms and Claim Elements for Construction | P.R. 4-1(a) | August 28, 2009 |
| 9 | Meet and Confer to discuss list of Proposed Terms and Claim Elements for Construction | P.R. 4-1(b) | September 2, 2009 |
| 10 | Deadline for Early Mediation at the Parties' Request | | N/A |
| 11 | Exchange of Preliminary Claim Constructions and Extrinsic Evidence | P.R. 4-2 | September 7, 2009 |
| 12 | Meet and Confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | P.R. 4-2(c) | September 21, 2009 |

1881328

| 13 | File Joint Claim Construction and Prehearing Statement | P.R. 4-3 | October 6, 2009 |
|---|---|---|---|
| 14 | Deadline to join other parties without leave | | October 6, 2009 |
| 15 | Deadline to file amended pleadings | | October 14, 2009 |
| 16 | Completion of Claim Construction Discovery | P.R. 4-4 | October 22, 2009 |
| 17 | Patentee files Opening Claim Construction Brief | P.R. 4-5(a) | November 10, 2009 |
| 18 | Accused Infringer files Responsive Claim Construction Brief | P.R. 4-5(b) | December 1, 2009 |
| 19 | Patentee files Reply Brief on Claim Construction | P.R. 4-5(c) | December 11, 2009 |
| 20 | Parties file Joint Claim Construction Chart | P.R. 4-5(d) | January 4, 2010 |
| 21 | Pre-hearing Conference and technical tutorial | | January 13, 2010 |
| 22 | Claim Construction Hearing | P.R. 4-6 | January 14, 2010 |
| 23 | Court's Claim Construction Ruling | | At the Court's convenience |
| 24 | Patentee makes Final Infringement Contentions | P.R. 3-6(a) | 30 days after Claim Construction Ruling |
| 25 | Accused Infringer serves Preliminary Unenforceability Contentions | | 40 days after Claim Construction Ruling |
| 26 | Accused Infringer makes Document Production Accompanying Preliminary Unenforceability Contentions | | 40 days after Claim Construction Ruling |
| 27 | Accused Infringer makes Final Invalidity Contentions | P.R. 3-6(b) | 50 days after Claim Construction Ruling |
| 28 | Accused Infringer makes disclosure relating to willfulness | | 50 days after Claim Construction Ruling |

Case 5:08-cv-01024-DF-RWZ Document 41-2 Filed 03/23/2009 Page 2 of 4
Case 8:09-cv-01024-DF-RWZ Document 42 Filed 03/23/2009 Page 2 of 4

| 29 | Accused Infringer makes Final Unenforceability Contentions | | 60 days after Claim Construction Ruling |
|---|---|---|---|
| 30 | Deadline for Fact Discovery | | 80 days after Claim Construction Ruling |
| 31 | Deadline for Disclosure of Expert Testimony on issues for which a party bears the burden of proof | Fed. R. Civ. P. 26(a)(2) | 90 days after Claim Construction Ruling |
| 32 | Deadline for Disclosure of Rebuttal Expert Testimony | | 110 days after Claim Construction Ruling |
| 33 | Deadline for Late Mediation at the Parties' request | | February 1, 2009 |
| 34 | Deadline for Completion of Expert Discovery | | 130 days after Claim Construction Ruling |
| 35 | Deadline for Objections to other parties' expert witnesses | | 135 days after Claim Construction Ruling |
| 36 | Deadline for Filing Dispositive Motions | | June 3, 2010 |
| 37 | Deadline for Filing *Daubert* motions | | June 3, 2010 |
| 38 | Deadline for parties to make Pretrial Disclosure | | July 2, 2010 |
| 39 | Patentee provides other parties its information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | July 2, 2010 |
| 40 | Defendant and Third parties to Provide to Patentee their information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | July 13, 2010 |

| 41 | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, Joint Verdict Forms and Motions *in Limine*. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motions *in Limine*, deposition designations, and exhibits, and shall submit to the Court in writing any objections they may have to the other party's Motions in Limine, deposition designations, and exhibits. | | July 19, 2010 |
|---|---|---|---|
| 42 | Initial Pretrial Conference and hearing on Motions in Limine and Objections to deposition designations and exhibits | | TBD |
| 43 | Final Pretrial Conference | | August 2, 2010 |
| 44 | Jury Selection | | August 3, 2010 |
| | | | |

**SIGNED this 23rd day of March, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1881328

- 4 -