UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NUANCE COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 09-11414-RWZ |
| VLINGO CORP., | ) ) ) | |
| Defendant. | ) ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN KAGAN

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, Scott McConchie, a member of the bar of this Court and counsel of record for plaintiffs, hereby moves for an order allowing Jonathan Kagan to appear in this matter on behalf of the plaintiffs. As grounds for this motion, the undersigned relies upon the affidavit of Attorney Kagan, which is attached hereto as Exhibit A, and states as follows:

1. Attorney Kagan is an attorney at Irell & Manella LLP, in that firm's Newport Beach, California office.

2. Attorney Kagan represents plaintiff and will be assisted in this litigation by attorneys at Griesinger, Tighe and Maffei LLP, including Thomas Maffei and Scott McConchie.

3. Attorney Kagan is a member in good standing in all jurisdictions where she has been admitted to practice.

4. There has never been a disciplinary proceeding against Attorney Kagan.

WHEREFORE, Scott McConchie hereby requests that this Court admit Jonathan Kagan to appear for the plaintiff in this matter.

Respectfully submitted,

Nuance Communications.

By their attorneys,

/s/ Scott McConchie
Thomas F. Maffei (BBO 313220)
Scott McConchie (BBO 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, Massachusetts 02110
(617) 542-9900

Dated:  November 24, 2009

### Certificate of Service

I, Scott McConchie, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 24, 2009.

 /s/ Scott McConchie
Scott McConchie