# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
NUANCE COMMUNICATIONS, INC.,                )
                                            )
                Plaintiff,                  )
                                            )
v.                                          )          Civil Action No. 09-11414-RWZ
                                            )
VLINGO CORP.,                               )
                                            )
                Defendant.                  )
_____)


**AFFIDAVIT OF JONATHAN KAGAN, ESQ.**

Jonathan Kagan, upon oath, deposes and says as follows:

1.      I am an attorney licensed to practice law in the State of California.  I am a partner in the law firm of Irell & Manella LLP in Century City, California.  I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*.

2.      I am a member of the bars of the State of California, the United States District Court for the Northern, Eastern and Central Districts of California, the U. S. Court of Appeals, Federal Circuit, and the Supreme Court of California.

3.      In addition to the above, I have been admitted *pro hac vice* in, and appeared before the Eastern District of Texas.

4.      I am a member in good standing in all jurisdictions where I have been admitted to practice.

5.      There are no disciplinary proceedings pending against me in any jurisdiction.

6.      I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.  In addition, I will be assisted in this case by attorneys at Griesinger, Tighe & Maffei, LLP, 176 Federal Street, Boston, MA 02110.

Signed under the penalties of perjury this 23rd day of November, 2009.

 /s/ Jonathan Kagan
Jonathan Kagan