UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11414-RWZ

NUANCE COMMUNICATIONS, INC.

v.

VLINGO CORP.

ORDER
December 15, 2010

ZOBEL, D.J.

Although styled a patent infringement action, this case has blossomed into all-out war being waged in courts in the United States and in England, and in the Patent Office. Vlingo alleges ulterior motives on the part of Nuance and both parties claim irreparable harm from the litigational thrusts of the other. Indeed, Vlingo predicts its likely, perhaps imminent, demise if it does not prevail on the motions now before the court.

**Vlingo's Motion to Stay Pending Reexamination of the Patent-in-Suit (Docket # 95)**

At the most recent conference with counsel, November 4, 2010, the court and counsel agreed to a trial date of May 2, 2011. Although the parties have not conducted many, or any, depositions, they have engaged in considerable discovery. The court takes seriously Vlingo's statements about the drain of its financial resources occasioned by this and the other pending proceedings. However, except for the

possibility that a jury finds infringement, the court does not agree with defendant's supposition that a trial four months hence is the greater danger to its survival than an indefinite stay pending a decision by the Patent Office.

The motion for a stay is denied.

**Vlingo's Motion for a Protective Order (Docket # 97)**

The motion is moot.   But since the depositions will now go forward, counsel shall proceed only after cooperative consultation with each other and at times convenient to all participants.

**Cross-Motions to Compel (Docket ## 84 and 89)**

Plaintiff's motion is allowed to the extent that defendant shall produce the information requested about the high level functionality of its new products and services not covered by its earlier responses.

Defendant's motion is allowed to the extent plaintiff has not provided the information requested about its newly released products and has not supplemented its earlier responses.

|     December 15, 2010     |     /s/Rya W. Zobel     |
|            DATE           |     RYA W. ZOBEL        |
|                           | UNITED STATES DISTRICT JUDGE |