UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11414-RWZ

NUANCE COMMUNICATIONS, INC.

v.

VLINGO CORP.

PRETRIAL ORDER

July 6, 2011

ZOBEL, D.J.

This matter having come before the court at a pretrial conference held pursuant to Fed. R. Civ. P. 16, and Jonathan S. Kagan, Esq., and Morgan Chu, Esq., having appeared as counsel for plaintiff, and Paul J. Hayes, Esq., and Dean G. Bostock, Esq., having appeared as counsel for defendant, the following action was taken:

1. **TRIAL**

Trial is scheduled to commence on July 18, 2011, at 9:00 a.m.

2. **JURY**

The court will impanel eight jurors. Each side will have four peremptory challenges. Counsel shall file any proposed questions on voir dire by July 15, 2011.

3.  **ISSUES**

    The parties agree that the only issues to be tried are:

    a)  whether defendant infringed certain claims of plaintiff's '295 patent. Plaintiff was ordered to identify, by July 1, 2011, the claims in issue together with the allegedly infringing products and/or services as to each. Plaintiff shall further clarify whether, as to any claims, it asserts literal infringement or relies on the doctrine of equivalence, and whether it charges defendant with direct and contributory infringement as well as inducing infringement;

    b)  whether any infringement was willful;

    c)  whether the '295 patent is invalid for

        i)   anticipation, 35 U.S.C. § 102
        ii)  obviousness, 35 U.S.C. § 103
        iii) lack of written description, 35 U.S.C. § 112.

4.  **EXHIBITS**

    Prior to the commencement of trial, counsel shall confer with each other concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other. All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence. Counsel shall mark these exhibits and prepare a listing thereof in duplicate. Objected-to exhibits shall be marked for identification and listed separately.

5.  **WITNESSES**

    Each party shall file the list of witnesses who will actually testify at trial by July 1, 2011.

    If any party wishes to offer the testimony of any witness by deposition, counsel shall work out a schedule for exchanging designations, counter-designations and

objections in time to allow the court to consider any objections, and to enable the parties to edit the transcript or videotape. Any disputes which counsel are unable to resolve may be submitted to the court by means of a marked copy of the transcript.

Counsel shall attempt to limit any video presentation or reading of a deposition to 30 minutes.

**6.     MOTIONS IN LIMINE**

Motions in limine shall be filed by July 11, 2011, and the oppositions by July 14, 2011.

**7.     VIDEO IN LIEU OF PRECHARGE**

The parties agreed to show the jury a video on patent cases by the Federal Judicial Center in lieu of a precharge.

**8.     REQUESTS**

On or before July 21, 2011, counsel shall file:

a) Requests for instructions; and

b) Proposed questions to the jury on special verdict.

    July 6, 2011                                   /s/Rya W. Zobel
       DATE                                        RYA W. ZOBEL
                                             UNITED STATES DISTRICT JUDGE