# EXHIBIT A

0.0 01

| Nuance Witness Disclosure ||||||
|---|---|---|---|---|
| **Fact Witness Name** | **Address** | **Phone** | **Will Call** | **May Call** |
| ***VLINGO*** | | | | |
| Phillips, Michael S. (Vlingo) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Grannan, David Lee (Vlingo) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Nguyen, John N. (Vlingo) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Shu, Ph.D., Han (Vlingo) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Cerra, Joseph P. (Vlingo) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Barnett, Christopher (Vlingo) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Cross, Troy Dwayne (Vlingo) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Houlette, Ryan T. (Vlingo) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Thayer, Eric H. (Vlingo) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Wang, Chao (Vlingo) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Barone, Thomas (Vlingo) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Armony, Izhar (Vlingo, Investor) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | | X |
| Ahmed, Hassan (Vlingo, Investor) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | | X |
| Dunn, Jeffrey (Vlingo, Investor) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | | X |
| Davoli, Robert (Vlingo, Investor) | 20 Custom House Street, Suite 830, Boston, MA 02110 | 617-330-7872 | | X |
| Gan, Doran (Vlingo, former) | 14 Matignon Rd, Cambridge, MA 02140-1007 | | | X |
| Pennypacker, Steve (Vlingo, former) | 68 Pilgrim Rd, Holliston, MA 01746-2455 | | | X |
| | | | | |
| ***NUANCE*** | | | | |
| Sejnoha, Vlad (Nuance) | 1 Wayside Road, Burlington, MA 01803 | 781-565-5000 | X | |
| Bowden, Bruce (Nuance) | 1 Wayside Road, Burlington, MA 01803 | 781-565-5000 | | X |
| McCann, Jeanne (Nuance) | 1 Wayside Road, Burlington, MA 01803 | 781-565-5000 | X | |
| Palmer, Richard (Nuance) | 1 Wayside Road, Burlington, MA 01803 | 781-565-5000 | | X |
| Chambers, Steven G. (Nuance) | 1 Wayside Road, Burlington, MA 01803 | 781-565-5000 | X | |
| Ganong, Ph.D., Francis (Nuance) | 1 Wayside Road, Burlington, MA 01803 | 781-565-5000 | | X |
| Ricci, Paul (Nuance) | 1 Wayside Road, Burlington, MA 01803 | 781-565-5000 | | X |
| Allen, Rick (Nuance) | 1 Wayside Road, Burlington, MA 01803 | 781-565-5000 | | X |
| Bloom, Helgi (Nuance) | 1 Wayside Road, Burlington, MA 01803 | 781-565-5000 | | X |
| | | | | |
| ***NEUTRAL 3RD PARTIES*** | | | | |
| Murveit, Hy (Third Party) | 220 Erica Way, Portola Valley, California | 650-854-7395 | | X |
| Haverstock, Thomas B. (Third Party) | 162 North Wolfe Road, Sunnyvale, CA 94086 | 408-530-9700 | | X |
| ***EXPERT WITNESSES*** | | | | |

| Nuance Witness Disclosure | | | | |
|---|---|---|---|---|
| **Fact Witness Name** | **Address** | **Phone** | **Will Call** | **May Call** |
| Walker, Martin | 3031 Tisch Way, Suite 1010, San Jose, California 95128- | 708-261-8800 | X | |
| Gordon, Alan | 3262 Westheimer Road, Suite 405, Houston, Texas 7709 | 713-789-6200 | X | |
| Cohen, Jordan (Third-Party, Vlingo) | 17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Burns, David | 265 Franklin Street, Boston, MA 02210 | 617-607-9200 | | X |