# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NUANCE COMMUNICATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VLINGO CORP., )<br>)<br>Defendant. )<br>) | Civil Action No. 09-cv-11414-RWZ |

## DEFENDANT VLINGO CORP.'S
## TRIAL WITNESS LIST

Vlingo Corporation ("Vlingo") hereby designates the following individuals who it expects to call to testify as witness at the trial of this matter, which is presently scheduled to begin on July 18, 2011:

| Witness Name and Address | Telephone Number | Will Call | May Call |
|---|---|---|---|
| Michael S. Phillips<br>Vlingo<br>17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Dave Grannan<br>Vlingo<br>17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Jordan Cohen (Expert)<br>Third-party Vlingo<br>17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| David R Burns, Esq. (Expert)<br>McCarter & English LLP<br>265 Franklin Street, Boston, MA  02210 | 617-607-9200 | X | |
| Steven G. Chambers<br>Nuance<br>1 Wayside Road, Burlington, MA  01803 | 781-565-5000 | X | |
| Paul Ricci<br>Nuance<br>1 Wayside Road, Burlington, MA  01803 | 781-565-5000 | X | |

| **Witness Name and Address** | **Telephone Number** | **Will Call** | **May Call** |
|---|---|---|---|
| Richard Palmer<br>Nuance<br>1 Wayside Road, Burlington, MA  01803 | 781-565-5000 | X | |
| Vlad Sejnoha<br>Nuance<br>1 Wayside Road, Burlington, MA  01803 | 781-565-5000 | X | |
| Sean True<br>Vlingo<br>17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | | X |
| Chao Wang<br>Vlingo<br>17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| John Nguyen<br>Vlingo<br>17 Dunster Street, Cambridge, MA 02138 | 617-871-2987 | X | |
| Thomas Haverstock<br>Third-party<br>162 North Wolfe Road<br>Sunnyvale, CA  94086 | 408-530-9700 | X | |
| Hy Murveit<br>Third-party<br>220 Erica Way<br>Portola Valley, CA | 650-854-7395 | X | |
| Francis Ganong, Ph.D.<br>Nuance<br>1 Wayside Road, Burlington, MA  01803 | 781-565-5000 | X | |
| Ashvin Kannan<br>555 Dublin Way, #68<br>Sunnyvale, CA  94087 | 650-253-0000 | X | |
| William Wachtel, Esq.<br>Wachtel & Masyr LLP<br>One Dag Hammserkjold Plaza<br>New York, NY  10017 | 212-909-9490 | | X |
| Michael H. Rozelsky, III<br>6 Eastbrook Farm Lane<br>Southborough, MA   01772 | 508-485-5805 | X | |
| Rick Allen<br>Nuance<br>1 Wayside Road, Burlington, MA  01803 | 781-565-5000 | X | |
| Bruce Bowden<br>Nuance<br>1 Wayside Road, Burlington, MA  01803 | 781-565-5000 | X | |

| **Witness Name and Address** | **Telephone Number** | **Will Call** | **May Call** |
|---|---|---|---|
| Gary Clayton<br>Nuance<br>1 Wayside Road, Burlington, MA  01803 | 781-565-5000 | X | |
| Helgi Bloom<br>Nuance<br>1 Wayside Road, Burlington, MA  01803 | 781-565-5000 | | X |
| Michael J Thompson<br>Senior Vice President & General Manager<br>Nuance Mobile Division<br>1 Wayside Road, Burlington, MA  01803 | 781-565-5000 | X | |
| Robert Davoli<br>Vlingo Investor<br>20 Custom House Street, Suite 830<br>Boston, MA  02110 | 617-330-7872 | | X |

Vlingo reserves the right to add additional witnesses as necessary as this case proceeds and further discovery is obtained.  Also,, numerous motions remain pending, including Vlingo's motion to amend the pleadings. Dkt. No. 168.  Vlingo reserves the right to amend this list in light of any rulings on pending motions.  Vlingo further reserves the right to call witnesses identified on plaintiff's witness list.

DATED:  July 7, 2011                               /s/ Dean G. Bostock
                                                   Paul J. Hayes (BBO# 227000)
                                                   Dean G. Bostock (BBO# 549747)
                                                   HAYES, BOSTOCK & CRONIN LLC
                                                   300 Brickstone Square, 9th Floor
                                                   Andover, MA  01810
                                                   Tel:  (978) 809-3850
                                                   Fax:  (978) 809-3869
                                                   Email:  phayes@hbcllc.com
                                                   dbostock@hbcllc.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 7, 2011.

                                            /s/ Dean G. Bostock
                                            Dean G. Bostock