UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NUANCE COMMUNICATIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 09-cv-11414 (RWZ) |
| VLINGO CORP., | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT VLINGO CORPORATION.'S
REQUEST FOR ADDITIONAL JURY INSTRUCTION**

Due to the fact that defendant, Vlingo Corporation ("Vlingo"), has taken much less time to put on its defense than did plaintiff, Nuance Communications, Inc., to put on its case-in-chief, Vlingo requests the Court to give the following additional jury instruction:

It is the quality of the evidence, not the quantity, of the evidence that counts.

Source: *Vermont Civil Jury Instruction Committee Plain English Jury Instructions.*

Respectfully submitted,

**VLINGO CORP.**

　　　/s/ Jim Hall　　　
Paul J. Hayes, BBO# 227000
Dean G. Bostock, BBO# 549747
**HAYES BOSTOCK & CRONIN LLC**
300 Brickstone Square, 9th Floor
Andover, MA  01810
Tel:  978-809-3850
Fax:  978-809-3869
Email:  phayes@hbcllc.com
　　　　dbostock@hbcllc.com

ATTORNEYS FOR DEFENDANT
VLINGO CORPORATION

Dated:  August 6, 2011

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system August 6, 2011.

                                                 /s/ Jim Hall