UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11414-RWZ

NUANCE COMMUNICATIONS, INC.

v.

VLINGO CORP.

QUESTIONS TO THE JURY ON SPECIAL VERDICT
August 9, 2011

I.   **PATENT INFRINGEMENT**

**Nuance's Burden of Proof - Preponderance of the Evidence**

1. Does Vlingo, using the IBM speech recognition engine, infringe one or more of the following claims of the '295 patent?

   a.  Claim 1:    YES _____    NO ✓_____
   b.  Claim 2:    YES _____    NO ✓_____
   c.  Claim 6:    YES _____    NO ✓_____
   d.  **Claim 16:**   YES _____    NO ✓_____
   e.  Claim 19:   YES _____    NO ✓_____
   f.  Claim 25:   YES _____    NO ✓_____
   g.  **Claim 30:**   YES _____    NO ✓_____
   h.  Claim 37:   YES _____    NO ✓_____
   i.  **Claim 45:**   YES _____    NO ✓_____
   j.  **Claim 51:**   YES _____    NO ✓_____

2. Does Vlingo, using the AT&T speech recognition engine, infringe one or more of the following claims of the '295 patent?

    a. **Claim 1:**    YES _____    NO __✓__

    b. Claim 2:    YES _____    NO __✓__

    c. Claim 6:    YES _____    NO __✓__

    d. **Claim 16:**    YES _____    NO __✓__

    e. Claim 19:    YES _____    NO __✓__

    f. Claim 25:    YES _____    NO __✓__

    g. **Claim 30:**    YES _____    NO __✓__

    h. Claim 37:    YES _____    NO __✓__

    i. **Claim 45:**    YES _____    NO __✓__

    j. **Claim 51:**    YES _____    NO __✓__

3. Did Vlingo, experimenting with a modified AT&T speech recognition engine, thereby infringe one or more of the following claims of the '295 patent?

   a. **Claim 1:**   YES _____   NO ✓
   b. Claim 2:   YES _____   NO ✓
   c. Claim 6:   YES _____   NO ✓
   d. **Claim 16:**   YES _____   NO ✓
   e. Claim 19:   YES _____   NO ✓
   f. Claim 25:   YES _____   NO ✓
   g. **Claim 30:**   YES _____   NO ✓
   h. Claim 37:   YES _____   NO ✓
   i. **Claim 45:**   YES _____   NO ✓
   j. **Claim 51:**   YES _____   NO ✓

## II.    PATENT VALIDITY

### Vlingo's Burden of Proof - Clear and Convincing Evidence

#### Obviousness

4. Are one or more of the following claims of the '295 patent invalid because the claimed method or system was obvious to an ordinary person skilled in the art at the time the invention was made based on one or more prior art references?

   a.   **Claim 1:**    YES _____    NO ✓_____
   b.   Claim 2:    YES _____    NO ✓_____
   c.   Claim 6:    YES _____    NO ✓_____
   d.   **Claim 16:**   YES _____    NO ✓_____
   e.   Claim 19:   YES _____    NO ✓_____
   f.   Claim 25:   YES _____    NO ✓_____
   g.   **Claim 30:**   YES _____    NO ✓_____
   h.   Claim 37:   YES _____    NO ✓_____
   i.   **Claim 45:**   YES _____    NO ✓_____
   j.   **Claim 51:**   YES _____    NO ✓_____

_3/9/2011_                    _[signature]_

DATE                                                                     FOREPERSON

## Meaning of Claim Terms

### A. Agreed Terms

| Patent Term | Agreed Construction |
|---|---|
| "speech recognition system" | "A device or combination of devices, which could include general-purpose computers, special-purpose computers, or dedicated hardware circuits, and the software thereon, that recognize speech" |
| "sample" | "A single item or items from a larger whole or group" |
| "speaker" | "The person who is doing the speaking" |
| "remote session" | "A session between devices in which the input voice device is at a different location from the portion of the speech recognition system that recognizes the speech" |
| "statistics" | "A collection of data" |
| "telephone caller" | "The person making a telephone call" |

### B. Court's Construction

| Patent Term | Court's Construction |
|---|---|
| "incorporating the sample into the speech recognition system" | "... taking into or including the sample in the preexisting speech recognition system ..." |
| "identification of a speaker" | "... identifier of the source of speech, which can be obtained in any way ..." |
| "obtaining an identification of a cluster of speakers" | "... obtaining an identification of a group of speakers without limitation as to how the identification is obtained ..." |
| "forming a speaker-specific modified acoustic model" | "... resulting in an acoustic model that is modified based on the speaker's speech ..." |

5