UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__NUANCE COMMUNICATIONS__
            Plaintiff(s)

                  v.                              CIVIL ACTION NO. __09cv11414-RWZ__

__VLINGO CORP.__
            Defendant(s)

### JUDGMENT IN A CIVIL CASE

__ZOBEL , D.J.__

__X__  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED :**

**Judgment entered for Defendant.**

Dated: __10/4/11__                    By ____S/ Lisa A. Urso____
                                           Deputy Clerk